AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO<br>1:19-cv-02549 | DATE FILED<br>3/21/2019 | United States District Court - Southern District of New York |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 209.122.239.103 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>8/26/2019 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK | DATE<br>8/27/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 40

**IP Address:** 209.122.239.103  
**ISP:** RCN

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/10/2019 15:30:58 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 2 | 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E | Tushy | 12/17/2018 23:48:59 | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 3 | 12543516E11230C00906E75AE9D649CDEBAB9844 | Vixen | 12/01/2018 17:31:16 | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 4 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/10/2019 15:30:01 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 5 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | Vixen | 01/05/2019 17:45:33 | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 6 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 01/10/2019 15:37:50 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 7 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 06/24/2018 19:48:52 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 8 | 37A6B5BDFD979CD2C8D678F01F615EE0792C6DA1 | Tushy | 10/17/2018 00:30:19 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 9 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | Tushy | 11/27/2018 22:10:34 | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 10 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | Vixen | 10/21/2018 18:59:51 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 11 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/03/2018 15:24:41 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 12 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 01/03/2019 18:21:30 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 13 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 08/28/2018 22:31:52 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 14 | 4FFDE0436D3756E42A316166ABAC63CCCD74B85F | Tushy | 06/18/2018 22:58:09 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 15 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/09/2018 21:23:39 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 16 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/06/2018 18:48:05 | 07/05/2018 | 08/07/2018 | PA0002132399 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | Vixen | 12/21/2018 16:34:27 | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 18 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/08/2018 00:09:13 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 19 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/04/2018 16:21:20 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 20 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 08/03/2018 15:24:51 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 21 | 9BCDA87B3872B3125CB36297C6AE8626F27C4BEE | Tushy | 12/11/2018 18:36:28 | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 22 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 07/05/2018 16:52:31 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 23 | A7671D9A943B4580C4CA097645722A9860A70621 | Vixen | 12/31/2018 16:08:11 | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 24 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | Tushy | 08/28/2018 22:23:30 | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 25 | A9DA038F460002F40B01C495B560A0947F2D691C | Vixen | 01/10/2019 15:27:42 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 26 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 10/23/2018 22:20:23 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 27 | B4A963875B8F63EEFB739E00A7EE7D864B9C1493 | Vixen | 01/10/2019 15:15:14 | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 28 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/07/2018 01:32:07 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 29 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | Tushy | 12/21/2018 16:33:30 | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 30 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | Tushy | 05/23/2018 22:25:25 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 31 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 07/17/2018 20:34:17 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 32 | D72165EC4FA2005CFFC1F7559B1681946B18A3FF | Tushy | 10/17/2018 00:29:49 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 33 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | Tushy | 05/27/2018 17:24:29 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 34 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 01/10/2019 15:26:50 | 06/23/2018 | 07/26/2018 | PA0002112155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F29F8BFA625303010336ADE093A1C92C6B77DB05 | Vixen | 01/10/2019 15:26:44 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 36 | F574E0E6C407F696204F51E6C0E3E994311B7DFC | Vixen | 01/10/2019 15:34:20 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 37 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | Vixen | 01/14/2019 23:03:25 | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 38 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/17/2018 23:09:59 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 39 | FDD81CFF1817BC22D3A21ED514ED0E622B2D7456 | Vixen | 11/08/2018 00:11:25 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 40 | FF92E1D8F2B4F2CC8ACD8C21D74F62A04F00A17B | Vixen | 01/10/2019 15:37:29 | 05/24/2018 | 07/14/2018 | PA0002128388 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 209.122.239.103,<br><br>                 Defendant. | Civil Action No. 1:19-cv-02549-JGK |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 209.122.239.103 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 26, 2019                        Respectfully submitted,

                                              By:    <u>/s/ *Jacqueline M. James*__</u>
                                                         Jacqueline M. James, Esq. (#1845)
                                                         The James Law Firm, PLLC
                                                         445 Hamilton Avenue, Suite 1102
                                                         White Plains, New York 10601
                                                          T: 914-358-6423
                                                         F: 914-358-6424
                                                         E-mail: jjames@jacquelinejameslaw.com
                                                         *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

2